# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLAUDENE STRAIN | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:15-cv-00970-TJS |
| ARUNDEL MILLS LIMITED PARTNERSHIP | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT, ARUNDEL MILLS LIMITED PARTNERSHIP'S, PRELIMINARY RULE 26(a)(2) EXPERT DISCLOSURES

Defendant, Arundel Mills Limited Partnership, by and through its undersigned attorneys, Tamara B. Goorevitz, and Franklin & Prokopik, P.C. and pursuant to Fed. R. Civ. P. 26(a)(2) hereby discloses the following expert witnesses:

1. Defendant may call **Michael L. Dvorkin, M.D.,** MedStar Orthopaedics, 1050 S. North Point Rd., Suite 101, Baltimore, MD 21224. Dr. Dvorkin is board certified in orthopedics. Dr. Dvorkin may be called to testify to a reasonable degree of medical certainty regarding the nature and extent of the Plaintiff's alleged injuries, their causation, and the reasonableness and necessity of the Plaintiff's treatment and medical bills. These opinions will be based on Dr. Dvorkin's background, training, and experience, including relevant scientific and/or medical literature, independent medical examination of the Plaintiff, review of Plaintiff's medical records, deposition testimony, discovery responses, and independent research. Dr. Dvorkin may also be called to testify regarding the nature and extent of any future medical treatment which the Plaintiff may require. Copies of Dr. Dvorkin's *curriculum vitae* and fee schedule are attached hereto as Exhibit A.

2. Defendant reserves the right to designate additional expert witnesses, through a supplemental statement, at a later date, pending completion of discovery.

3. Defendant reserves the right to identify additional experts should Plaintiff provide new or additional medical reports or opinions prepared by her experts.

4. Defendant reserves the right to call any expert witness relied upon or identified by any other party to this proceeding, including but not limited to Plaintiff's treating physicians and other medical providers.

5. This designation statement is by no means comprehensive of the opinions of the listed experts and the language employed in this designation is that of counsel and not the individual expert witness. This designation is counsel's attempt to summarize the anticipated opinions of the experts listed. Accordingly, Defendant reserves the right to have any expert testify to matters additional to and/or different from those listed in this disclosure and this disclosure in no way limits the scope of testimony of expert witnesses. This designation will also serve to supplement any and all discovery responses of Defendant.

Respectfully submitted,

/s/
Tamara B. Goorevitz (#25700)
Jessica J. Ayd (#30195)
FRANKLIN & PROKOPIK, P.C.
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700 (tel.)
(410) 752-6868 (fax)
tgoorevitz@fandpnet.com
jayd@fandpnet.com
*Attorneys for Defendant, Arundel Mills Limited Partnership*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2016, a copy of the foregoing Defendants' Rule 26(a)(2) Disclosures was served via the court's e-filing system, to:

Stephen P. Norman, Esquire
THE NORMAN LAW FIRM
30838 Vines Creek Road, Unit 3
Dagsboro, DE 19939
snorman@thenormanlawfirm.com
*Attorney for Plaintiff*

                                                   /s/
                                    Tamara B. Goorevitz (#25700)