

April 4, 2016

Magistrate Judge A. David Copperthite
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    **Claudene Strain v. Arundel Mills, LP**
            **Case Number:  1:15-cv-00970-TJS**

Dear Judge Copperthite:

   The parties were to submit a Joint Status Report today, April 4, 2016. We are pleased to inform the Court that the parties reached an agreement to settle the above-referenced case several weeks ago. Unfortunately, we have been unable to reach the point in finalizing the settlement that we can file a Stipulation to Dismiss the case. That said, we anticipate filing the Stipulation within the next 10 days.

   We appreciate the Your Honor's consideration of this correspondence in lieu of the Joint Status Report. In the event that there is any additional information that the Court requires, please let me know. We would be happy to provide whatever is necessary.

                                                  Sincerely,

                                                  Stephen P. Norman

SPN/erj

cc: Tamara B. Goorevitz, Esquire
    Jessica Ayd, Esquire

**DELAWARE**
30838 Vines Creek Rd., Unit 3
Dagsboro, DE 19939
ph n: 302.537.3788